UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Philip York, | § | |
|    *Plaintiff* | § | |
| | § | Case No. 1:12-cv-8820 |
| vs | § | |
| | § | Judge Joan H. Lefkow |
| LTD Financial Services, LP | § | Magistrate Michael T. Mason |
|    *Defendant* | § | |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 Defendant hereby makes the following disclosure: The General Partner of Defendant LTD Financial Services, L.P. is LTD Financial Services 1, Inc. Neither is a publicly traded entity, nor is either owned or controlled by a publicly traded entity. Defendant's address is technically in care of its undersigned attorney of record. However, its home office address is at 7322 S.W. Freeway, Suite 1600, Houston, TX 77074. No parent or subsidiary corporation has a financial interest in the outcome of this litigation.

                                              Respectfully submitted,

                              **/s/**   Manuel H. Newburger
                                             Manuel H. Newburger
                                             TX Bar No. 14946500
                                             Barron & Newburger, PC
                                             1212 Guadalupe, Suite 102
                                             Austin, Texas 78701-1837
                                             (512) 476-9103
                                             Fax: (512) 279-0310

                                             ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing certificate was served by filing it through the Court's ECF system and via email on the 4th day of January, 2013, upon the persons on the service list below.

       /s/    Manuel H. Newburger
              Manuel H. Newburger
              TX Bar No. 14946500
              Barron & Newburger, PC
              1212 Guadalupe, Suite 102
              Austin, Texas 78701-1837
              (512) 476-9103
              Fax: (512) 279-0310

              ATTORNEY FOR DEFENDANT

**SERVICE LIST:**

Philip York
2456 E. 72nd St.
Chicago, IL 60649
(773) 319-5924
Email: paytrevor1@yahoo.com