UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Philip York, | § | |
|    *Plaintiff* | § | |
| | § | Case No. 1:12-cv-8820 |
| vs | § | |
| | § | Judge Joan H. Lefkow |
| LTD Financial Services, LP | § | Magistrate Michael T. Mason |
|    *Defendant* | § | |

## NOTICE OF MOTION

TO: See Certificate of Service

PLEASE TAKE NOTICE that on April 11, 2013 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear in Courtroom 1925 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 before the Honorable Joan H. Lefkow (or another Judge sitting in her stead), and present Defendant's: MOTION TO COMPEL ANSWERS TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION AND TO DEEM ADMISSIONS.

                                                Respectfully submitted,

                                                **/s/** Manuel H. Newburger
                                                Manuel H. Newburger
                                                TX Bar No. 14946500
                                                Barron & Newburger, PC
                                                1212 Guadalupe, Suite 104
                                                Austin, Texas 78701-1837
                                                (512) 476-9103
                                                Fax: (512) 279-0310

                                                ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing motion was served by filing it through the Court's ECF system and via email and certified mail on the 3rd day of April, 2013, upon the persons on the service list below.

                    **/s/** Manuel H. Newburger
                         Manuel H. Newburger
                         (TX Bar No. 14946500)
                         Barron & Newburger, PC
                         1212 Guadalupe, Suite 104
                         Austin, Texas 78701-1837
                         (512) 476-9103
                         Fax: (512) 279-0310

                         ATTORNEY FOR DEFENDANT

**SERVICE LIST:**

Philip York
2456 E. 72nd St.
Chicago, IL 60649
(773) 319-5924
Email: paytrevor1@yahoo.com